IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. CAVNESS-BEY,    ) | No. C 15-03526 EJD (PR) |
|      Petitioner,    ) | **ORDER OF TRANSFER** |
| v.    ) | |
| RONALD DAVIS,    ) | |
|      Respondent.    ) | |

Petitioner, a state prisoner at San Quentin State Prison, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). The petition indicates that Petitioner was convicted in Sacramento County which lies within the venue of the Eastern District of California. See 28 U.S.C. 84(b).

Accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. §§

Order of Transfer
P:\PRO-SE\EJD\HC.15\03526Cavness-Bey_transfer(ED).wpd

1404(a), 2241(d); Habeas L.R. 2254-3.

    The Clerk shall transfer this matter and terminate any pending motions.

DATED: 10/2/2015

EDWARD J. DAVILA
United States District Judge

Order of Transfer
P:\PRO-SE\EJD\HC.15\03526Cavness-Bey_transfer(ED).wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONALD E. CAVNESS-BEY,

        Petitioner,

  v.

RONALD DAVIS,

        Respondent.

Case Number: CV15-03526 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/5/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Eugene Cavness-Bey P38865
SAN QUENTIN STATE PRISON
San Quentin, CA 94974

Dated: 10/5/2015

                              Susan Y. Soong, Clerk
                          /s/By: Elizabeth Garcia, Deputy Clerk